MOTT, Respondent, v. SEBRING, Appellant. (Supreme Court, Appellate Division, Fourth De-

partment. July 26, 1898.) Action by Lulu B. Mott against James O. Sebring. No opinion. Judgment affirmed, with costs.